CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 30 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 7:10-MJ-49 |
| ) | |
| JOSEPH MILLER ) | |

## ORDER FOR DISMISSAL

The above styled action originated in the District of Maryland (Criminal No. 10-0742 BPG) and has been dismissed in that district by motion of Assistant United States Attorney for the District of Maryland, Michael C. Hanlon, and by signed Order of Dismissal by The Honorable Paul W. Grimm, United States Magistrate Judge, attached herein.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and in conjunction with the dismissal of the originating case from the District of Maryland, this action is hereby dismissed and struck from the active docket of this court.

This 29th day of March, 2010.

The Honorable James C. Turk
Senior United States District Judge